### JUSTICE v. JUSTICE. (No. 5905.)

(Supreme Court, Appellate Division, First Department. May 22, 1914.)

PLEADING (§ 229*)—RIGHT TO SERVE AMENDED COMPLAINT.

Where plaintiff was denied the right to frame issues on the ground that his complaint was too general, he is entitled to serve a more specific complaint, so that he may have issues framed.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. § 591; Dec. Dig. § 229.*]

Appeal from Special Term, New York County.

Action by Ewan Justice against Julia T. Justice. From an order denying a motion for leave to serve an amended complaint, plaintiff appeals. Order reversed and motion granted.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Henry J. Goldsmith, of New York City, for appellant.
William C. Rosenberg, of New York City, for respondent.

PER CURIAM. The plaintiff, having been denied the right to frame issues because his complaint was not definite enough and was too general, should now be allowed to make his complaint more definite so that he may comply with the rule laid down by the judge at Special Term and have issues framed.

The order appealed from is therefore reversed, and the motion granted.